## *Marlon G. Kirton, P.C.*

| | | |
|---|---|---|
| *Marlon G. Kirton, Esq.* | *New York City:* | *Nassau County:* |
| | *230 Park Ave. Suite, 1000* | *175 Fulton Ave. Suite B-1* |
| _____ | *New York, N.Y. 10169* | *Hempstead, N.Y. 11550* |
| | *Tel # (646) 435 - 5519* | *Tel # (516) 833 - 5617* |
| | *Fax # (212) 808 - 3020* | *Fax # (516) 833 - 5620* |

September 19, 2013

VIA ELECTRONIC FILING

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Chichakli,* 09 cr. 1002 (WHP)

Dear Judge Pauley:

I am Stand By Counsel for the above named defendant. This Court scheduled September 27, 2013 at 2:00 p.m. for oral argument of defense motions. Mr. Chichakli needs the laptop computer available to him at the Metropolitan Detention Center (MDC) for the oral argument.

Mr. Chichakli was given a laptop computer by the Government, with the consent of the Court, to review the large volume of discovery in this case. This computer contains all of the information that Mr. Chichakli needs to present his oral argument in court. Mr. Chichakli requests the presence of the laptop computer to aid him in his oral argument.

Please contact me if you have any questions or concerns.

Sincerely,


s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Jenna Dabbs, Assistant United States Attorney (via electronic mail)
Christian Everdell, Assistant United States Attorney (via electronic mail)
Ian McGinley, Assistant United States Attorney (via electronic mail)