# *Marlon G. Kirton, P.C.*

| *Marlon G. Kirton, Esq.* | *New York City:* | *Nassau County:* |
|---|---|---|
| | 230 Park Ave. Suite, 1000 | 175 Fulton Ave. Suite B-1 |
| _____ | New York, N.Y. 10169 | Hempstead, N.Y. 11550 |
| | Tel # (646) 435 - 5519 | Tel # (516) 833 - 5617 |
| | Fax # (212) 808 - 3020 | Fax # (516) 833 - 5620 |

September 19, 2013

VIA ELECTRONIC FILING

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Chichakli,* 09 cr. 1002 (WHP)

Dear Judge Pauley:

I am Stand By Counsel for the above named defendant. This Court scheduled September 27, 2013 at 2:00 p.m. for oral argument of defense motions. Mr. Chichakli also requests a detention hearing to be conducted immediately following the oral argument.

Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.


cc:  Jenna Dabbs, Assistant United States Attorney (via electronic mail)
    Christian Everdell, Assistant United States Attorney (via electronic mail)
     Ian McGinley, Assistant United States Attorney (via electronic mail)