USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                       :     09 Cr. 1002 (WHP)

RICHARD CHICHAKLI                              :     ORDER TO SHOW CAUSE


                      Defendants.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The United States Treasury's Department of Office of Foreign Assets Control ("OFAC") is ordered to show cause why an OFAC license has not been issued to Marlon Kirton in connection with his representation of Richard Chichakli as stand-by counsel under the Criminal Justice Act. The parties and legal counsel from the Treasury Department are directed to appear for a conference on September 25, 2013 at 5:00 p.m.

Dated: September 23, 2013
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III,
                                   U.S.D.J.

*Counsel of Record:*
Christian R. Everdell
Jenna M. Dabbs
Ian P. McGinley
United States Attorney Office, SDNY
*Counsel for Government*

Richard Chichakli
*Defendant pro-se*

Marlon G. Kirton
*Stand-by Counsel for Defendant*