


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2013

**BY HAND AND ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    **United States v. Richard Ammar Chichakli,**
              **S2 09 Cr. 1002 (WHP)**

Dear Judge Pauley:

      The Government respectfully submits this letter to request an exclusion of time under the Speedy Trial Act from November 4, 2013 through November 18, 2013. At the conference that occurred earlier today, the Court adjourned the start date of the trial from November 4, 2013 until November 18, 2013, due to the expected length of the case currently being tried before the Court. Accordingly, the Government respectfully requests that the Court exclude time from November 4, 2013, until November 18, 2013, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance is necessary for the trial currently before the Court to be completed. Standby defense counsel has consented to this request for the exclusion of time. The Government was not able to discuss the request with the defendant because the defendant had already been taken back to the holding cell when the Government realized that it had not asked for an exclusion of time at the conference.

                      Respectfully Submitted,

                      PREET BHARARA
                      United States Attorney

            By:        /s/_____
                      Christian R. Everdell/Ian McGinley
                      Assistant United States Attorneys
                      (212) 637-2556/2257

Page 2

cc:     Richard Chichakli
        Reg. No. 92036-054
        MDC Brooklyn
        Metropolitan Detention Center
        P.O. Box 329002
        Brooklyn, New York 11232
        (by regular mail)

        Marlon Kirton, Esq.
        230 Park Avenue, Suite 1000
        New York, NY 10169
        (by e-mail and ECF)