USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　:

　　　　-against-　　　　　　　　　　　:　　　　09 Cr. 1002 (WHP)

RICHARD CHICHAKLI　　　　　　　　:　　　　<u>ORDER</u>

　　　　　　　　Defendant.　　　　:
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

　　　　For the reasons set forth on the record during the October 15, 2013 pre-trial conference, the United States Treasury's Department of Office of Foreign Assets Control ("OFAC") is directed to release $500 forthwith from funds it seized from Richard Chichakli and transfer said funds to Marlon Kirton, Esq., Chichakli's stand-by counsel. Kirton is directed to deposit those funds in escrow and utilize them to purchase courtroom clothing and other necessities for Chichakli for his upcoming trial. The United States Attorney is directed to serve a copy of this Order on OFAC forthwith.

Dated: October 16, 2013
　　　　New York, New York

　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM H. PAULEY III
　　　　　　　　　　　　　　　　　U.S.D.J.

*Counsel of Record:*
Christian R. Everdell
Jenna M. Dabbs
Ian P. McGinley
United States Attorney Office, SDNY
*Counsel for Government*

Richard Chichakli
*Defendant pro-se*

Marlon G. Kirton
*Stand-by Counsel for Defendant*