# Marlon G. Kirton, P.C.

---

Marlon G. Kirton, Esq.                    New York City:                    Nassau County:

_____                    230 Park Ave. Suite, 1000                    175 Fulton Ave. Suite B-1

New York, N.Y. 10169                    Hempstead, N.Y. 11550

Tel # (646) 435 - 5519                    Tel # (516) 833 - 5617

Fax # (212) 808 - 3020                    Fax # (516) 833 - 5620

October 21, 2013

VIA ELECTRONIC FILING

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Chichakli,* 09 cr. 1002 (WHP)

Dear Judge Pauley:

I am Stand By counsel for the above referenced defendant. I have been contacted by Mr. Chichakli's civil attorney, Mr. Erich C. Ferrari. Mr. Ferrari would like for me to share information and documents with him from Mr. Chichakli's criminal case in order to assist him in his civil case. However, I am precluded from doing so, in part, because of this Court's protective Order. Mr. Ferrari would like to receive these materials and is willing to consent to the terms and conditions of this Court's protective Order.[1]  I request that Mr. Ferrari and his firm may receive all materials that are included within any and all protective Orders issued by this Court.

Please contact me if you have any questions or concerns.

Sincerely,


s/Marlon G. Kirton
Marlon G. Kirton, Esq.

---

[1]Please see the attached letter.

1