

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 24, 2013

*Application granted.*
*Chichakli's response time is*
*also extended to November 8, 2013.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

**BY EMAIL AND ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Richard Ammar Chichakli,
            S2 09 Cr. 1002 (WHP)

Dear Judge Pauley:

       The Government respectfully submits this letter to request a brief extension of the deadline for the submission of the Government's motions *in limine* from the current due date of today until Monday October 28, 2013. The extension is necessary for a number of reasons. First, stand-by counsel identified for the Government yesterday witnesses that the defendant intends to call at trial. The Government will move to preclude the expected testimony of many of these witnesses. In addition, the Government's motions involve complex legal issues, and the Government requires additional time to research these issues.

Should Your Honor grant this request for an extension, the Government consents to extending the defendant's response time to the Government's motions.

Respectfully Submitted,

PREET BHARARA
United States Attorney

By: _____/s/_____
Christian R. Everdell/Ian McGinley
Assistant United States Attorneys
(212) 637-2556/2257

cc: Richard Chichakli
Reg. No. 92036-054
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232
(by regular mail)

Marlon Kirton, Esq.
230 Park Avenue, Suite 1000
New York, NY 10169
(by e-mail and ECF)