USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                      **ORDER**
                                                                    09 cr. 1002 (WHP)

     v.

RICHARD CHICHAKLI,

        Defendant.
----------------------------------------------------------X

       UPON the application of Marlon G. Kirton, Esq, Stand By Counsel, for the above named defendant, RICHARD CHICHAKLI, 92036-054, it being apparent that Mr. Chichakli is in need of appropriate clothing for trial,

       IT IS HEREBY ORDERED, that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff accept clothing on behalf of MR. CHICHAKLI and keep that clothing available to him so that he can wear it for trial beginning, Monday, November 18, 2013.

       IT IS FURTHER ORDERED that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff shall return said clothes and accept the same number of replacement clothing items as needed during the trial which is expected to continue for three (3) to four (4) weeks.

                                                                       SO ORDERED:

Nov. 14, 2013
DATE

                                                                WILLIAM H. PAULEY III
                                                                     U.S.D.J.