UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,  :

       -against-  :      09 Cr. 1002 (WHP)

RICHARD CHICHAKLI  :      ORDER

            Defendant.  :
------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

The Government moves <u>ex parte</u> to preclude disclosure of certain evidence and cross-examination of witness on that evidence. The Government is directed to provide the defendant, Richard Chichakli, with a copy of its motion relating to Special Agent Robert Zachariasiewicz, along with the exhibits it attached to its motion. The Government is also directed to provide the Court and the defendant with the following:

    1. Any written communication, or summary of any oral communication between any party and Judge Scheindlin related to her August 24, 2011 Order;

    2. Any briefing, transcripts or other legal arguments previously made regarding the use of Judge Scheindlin's August 24, 2011 Order in any proceeding.

Dated: November 20, 2013
      New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*All Counsel of Record:*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/13