```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,              :

              -against-                :      09 Cr. 1002 (WHP)

RICHARD CHICHAKLI                      :      ORDER

                         Defendant.    :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/13

WILLIAM H. PAULEY III, United States District Judge:

For the reasons set forth on the record during the November 25, 2013 conference, the Bureau of Prisons ("BOP") is directed to give the defendant, Richard Chichakli, regular access to email, telephones, and his legal papers so that he may prepare properly for trial. The BOP and the Office of Foreign Assests Control are directed to unfreeze Chichakli's commissary funds. The BOP is directed to provide a report on December 2, 2013 detailing its compliance with this Order and other issues that may have arisen in connection with this matter.

Dated: November 25, 2013
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III,
U.S.D.J.

*Counsel of Record:*
Christian R. Everdell
Jenna M. Dabbs
Ian P. McGinley
United States Attorney Office, SDNY
*Counsel for Government*

Richard Chichakli
*Defendant pro-se*

Marlon G. Kirton
*Stand-by Counsel for Defendant*