USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                        :

    -against-                                                    :    09 Cr. 1002 (WHP)

RICHARD CHICHAKLI                                  :    ORDER
                       Defendant.         :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        For the reasons set forth at the conference on December 2, 2013, the Subpoena to Testify at a Hearing or Trial in a Criminal Case that Richard Chichakli caused to be served on Sergio Fenardi is quashed.

Dated: December 2, 2013
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III,
                                U.S.D.J.

*All Counsel of record:*