TRULINCS 92036054 - CHICHALKI, RICHARD AMMAR - Unit: BRO-J-B

------------------------------------------------------------------------------------------

FROM: 92036054
TO:
SUBJECT: Admission of Evidence for Trial
DATE: 10/21/2013 02:15:12 PM



Mr. Chris Everdell
Assistant US Attorney - SDNY
One St. Andrew's Plaza
New York, NY 10007

        Subject: Introduction of material into evidence for trial
        Reference: The United States v. Richard Chichakli, Case# 09-Cri.-1002 (WHP)

Dear Mr. Everdell:

    This is to notify you that the defense intend to introduce into evidence in connection with the testimony of the witness Mr. Douglass Farah the following material and which; as annotated next to each, either authored by the witness or is in fact public records that include previous testimony of Mr. Farah before different Committees of the United States Congress.

Following is the list of material we seek to admit into evidence:
------------------------------------------------------------------------

  1- The book co-authored by Mr. Farah titled "Merchant of Death" - Published book

  2- The testimony of Douglass Farah on February 16, 2005 before the House Subcommittee on Oversight and Investigations, Committee on Financial Services." - Public record

  3- The testimony of Douglass Farah on July 31, 2008 before the House Committee on Foreign Affairs." - Public records

  4- The interview conducted by Douglass Farah with the press for the purpose of promoting his book "The Merchant of Death" Public records available on the public domain Youtube.com from video material that was posted by Farah.

All of these material contains evidence that are directly related to the case, OFAC sanctions, and the alleged conspiracy.

You are kindly requested to confirm with the seven days, and thank you for your cooperation

Sincerely,

Richard Chichakli (Pro-Se)
Defendant