USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :    **ORDER**

      -v.-                          :    S3 09 Cr. 1002 (WHP)

RICHARD AMMAR CHICHAKLI,            :

      Defendant.                   :

- - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Christian R. Everdell;

    It is found that pages 251-256 and 1177-1179 of the trial transcript in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have those pages of the transcript unsealed at the request of the defendant, it is therefore

    ORDERED that pages 251-256 and 1177-1179 of the trial transcript in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       March 24, 2015

                                        _____
                                        THE HONORABLE WILLIAM H. PAULEY
                                        UNITED STATE DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK