September 18, 2017



**Honorable William Pauley III**
**U.S. District Judge – SDNY**
**500 Pearl Street**
**New York, NY 10007**

**Subject**: Illegal act by the U.S. Attorney – SDNY in connection
with this Court's Order and judgment
**Reference**: Reference 09-CR-1002 (WHP)

Hon Judge Pauley

You issued a judgment against me in 2014, and I have completed all that you ordered, including paying $70,000 in so-called restitution to the false witness.

The US Attorney's office in the Southern District in New York, in retaliation for having sued them to "obey" your order of 2014 to release my documents, placed a lien against the property of my daughter in Florida in clear violation of her Constitutional rights under the Forth, Fifth, and Fourteenth amendment of the United States Constitution.

The said lien was knowingly and deliberately placed against a property I DO NOT OWN, and NEVER had ever owed; a clear violation of 18 U.S.C. §3613(c)

The act of the United States Attorney in the Southern District of New York is ILLEGAL pursuant to 18 U.S.C. §3613(c), it is further Illegal under subchapter 227 – <u>this property does not belong to me and never was, **ever**</u>.

In an attempt to resolve the matter, I Contacted Sally Diaz – the "so-called" Financial investigator at the office of the USA-SDNY, and she stated that she "Does not care". Accordingly, I also called her supervisor, "Kathleen Zebrowsky" who did not accept my call. On behalf of the U.S. Attorney's Office Sally Diaz of the wrote that "I" should pay the fee for the removal of the illegal lien placed by the US Attorney on unrelated person's property.

I do petition your Honor's Court for a mandamus order to the U.S. Attorney in the Southern District of New York to IMMEDIATELY remove the lien and pay all the fees associated with such action

An order to have the entire records of such lien EXPUNGED and completely removed from public record because of its damaging effect, and the "FALSE LIGHT" it causes. The lien states on the public document:

> LIEN FOR FINE AND/OR RESTITUTION IMPOSED PURSUANT TO THE **ANTI- TERRORISM AND EFFECTIVE DEATH PENALTY** ACT OF 1996

The criminal act of the U.S. Attorney in the Southern District of New York is intended to inflict further damage and financial destruction, by attaching such horrible stigma of death penalty and terrorism to the property and its owners. **Neither was I convicted of anything related to death or terrorism, nor is the owner of the property ever convicted of any wrongdoing.**

I am asking this court for intervention, prior to pursuing legal action to stop this lawlessness and Nazi tactics of the United States Attorney's office in the Southern District of New York; I do reserve all legal rights.

Respectfully Submitted

_____
Richard A. Chichakli
2625 Van Buren Dr.
Plano, TX 75074
Tel: 214 444 1 666
Email: richardchichakli@gmail.com

CC:   *Hon. Senator Chuck Grassley*
      *U.S. Attorney General Office*
      *DOJ-OIG*
      *U.S. Attorney- SDNY*



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 11, 2017

Richard Ammar Chichakli
2625 Van Vuren Drive
Plan, TX 75074

    Re:    <u>United States v. Richard Ammar Chichakli</u>
            Court No.: 09 CR 1002 (WHP)

Dear Mr. Chichakli:

    I have enclosed two certified copies of the Satisfaction of Judgment and release of Lien and in the above-referenced case. We recommend that a copy be kept in a safe place for twenty years from the date of judgment.

    **In addition, this Office filed the judgment in your local county recording office, which created a lien on your real and personal property. If you wish to remove the lien from your property you must file the Satisfaction of Judgment with the county clerk. I have enclosed a copy of the lien and the information you will need in order to release the lien. Please note that because most offices require a fee to release the lien, you may wish to contact the county prior to forwarding the Satisfaction of Judgment in order to obtain filing fee information.**

    Lastly, please note that this Office will not be able to provide you with additional copies of the satisfaction of judgment. You may, however, request additional copies at the United States District Court, Southern District of New York, Closed Files Section, 500 Pearl Street, New York, New York 10007.

                                       Very truly yours,
                                       JOON H. KIM
                                       Acting United States Attorney

                                       KATHLEEN A. ZEBROWSKI
                                       Assistant United States Attorney

                             By: _____
                                       Sally Diaz
                                       Financial Investigator
                                       Telephone No.: (212) 637-2801

enc.

**LIEN INFORMATION:**
<u>U.S. V. Richard Ammar Chichakli</u>

**Court No.:**            09 CR 1002 (WHP)

**County:**               PALM BEACH

**County Lien No.:**      20160195443

**Lien Filing Date:**     June 3, 2016

**Property Address:**     3939 NE 5th Avenue B108 Boca Raton, FL 33431

**Lien Release Must Be Filed at:**

**Address:** Sharon Bock Clerk of Circuit Court P.O. Box 2259 West Palm Beach FL 33402

**Phone:** (561)355-2996

RECORDING REQUESTED BY
UNITED STATES ATTORNEY
WHEN RECORDED RETURN TO:

UNITED STATES ATTORNEY
FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET
NEW YORK, NY 10007

ORIGINAL

For Optional Use By Recording Office

CFN 20160195443
OR BK 28340 PG 1354
RECORDED 06/03/2016 09:36:17
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pg 1354; (1pg)

DEPARTMENT OF JUSTICE
NOTICE OF LIEN FOR FINE
AND/OR RESTITUTION
IMPOSED PURSUANT TO THE
ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY
ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE FOR
THE SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NUMBER

Notice is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, §3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person ordered to pay restitution. Pursuant to §3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to §3613(b).

Name of Defendant: **Richard Ammar Chichakli**

Residence: **3939 NE 5th Avenue B108  Boca Raton, FL 33431**

Amount of Judgment: **$70,000.00**

Court Imposing Judgment: **United States District Court Southern District of New York**

Court Number: **09 CR 1002 (WHP)**

Date of Judgment: **December 4, 2014**

Date of Entry of Judgment: **December 4, 2014**

Rate of Interest: **0%**

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).
**IMPORTANT RELEASE INFORMATION**--The lien listed above shall terminate the later of 20 years from entry of judgment or 20 years after the above-referenced defendant's release from imprisonment, or upon the death of the defendant or until the liability is satisfied, remitted, or set aside. 28 U.S.C. §3613(b).

**Place of Filing:** ___**Palm Beach**___          ___**Florida**___
                      NAME OF COUNTY              STATE

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated New York, New York  September 18, 2015

RUBY J. KRAJICK, Clerk
or Richard Wilson or John Gencarello, Chief Deputy Clerk of Court

September 15, 2015

JOON H. KIM
Acting United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

                - v. -

RICHARD AMMAR CHICHAKLI,

                Defendant.
---------------------------------- x
SOUTHERN DISTRICT OF NEW YORK

SATISFACTION OF JUDGMENT

09 CR 1002 (WHP)

LIEN #: 20160195443

*[Stamp: U.S. DISTRICT COURT FILED SEP - 1 2017 S.D. OF N.Y.]*

       Satisfaction is acknowledged between United States of America, plaintiff, and Richard Ammar Chichakli, defendant, for the restitution in the amount of $70,000.00 and the special assessment in the amount of $900.00 amounting in all to the sum of $70,900.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 4th day of December, 2014.

                                  JOON H. KIM
                                  Acting United States Attorney for the
                                  Southern District of New York

                         By: _____
                                KATHLEEN A. ZEBROWSKI
                                Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

       On the ___ day of August, 2017 before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, personally know to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, __19

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
            Deputy Clerk