```
GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: ANDREW C. ADAMS
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2340
```

\- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                :

       Plaintiff,                              :     DECLARATION OF
                                                    PUBLICATION
      - v. -                                  :
                                                    S3 09 Cr. 1002 (WHP)
RICHARD AMMAR CHICHAKLI,                 :

       Defendant.                              :

                                         :
\- - - - - - - - - - - - - - - - - - X

       I, ANDREW C. ADAMS, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

       That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

       That attached to this declaration are (1) a true and correct copy of a notice of criminal forfeiture in this action, (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 22, 2015 as

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

      That both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
      January 11, 2018

                                                  /s/
                                      ANDREW C. ADAMS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: S3 09 CR. 1002 (WHP); NOTICE OF FORFEITURE

Notice is hereby given that on December 09, 2014, in the case of <u>U.S. v. S3 09 Cr. 1002 (WHP)</u>, Court Case Number S3 09 CR. 1002 (WHP), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

$136,000 in United States currency and any interest accrued on deposit in account number 2000033075123, held in the name of RP Aviation Inc. at Wachovia Bank, that constitutes or is derived from proceeds traceable to the offense alleged in Count One and is property involved in the offense alleged in Count Two, and all property traceable to such property(15-DEA-614834)

$700,000 in United States currency and any interest accrued on deposit in account number 0717213717, held in the name of Insured Aircraft Title Services at the International Bank of Commerce, that constitutes or is derived from proceeds traceable to the offense alleged in Count One and is property involved in the offense alleged in Count Two, and all property traceable to such property (15-DEA-614836)

$380,000 in United States currency and any interest accrued on deposit in account number 00419223, held in the name of Aviation Refinancing Transaction LLC at Deutsche Bank, that constitutes or is derived from proceeds traceable to the offense alleged in Count One and is property involved in the offense alleged in Count Two, and all property traceable to such property. (15-DEA-614838)

Any and all funds currently on deposit in account number 0004510673 at Israel Discount Bank of New York, held in the name of Aventura Aviation Legal Dept Blocked Account c/o Leslie Case that constitutes (1) funds formerly on deposit in account number 0004503334 in the name of Aventura Aviation LLC at Israel Discount Bank of New York (the "Former Account") and (2) interest accrued on the Former Account;(15-DEA-614840)

Any and all funds currently on deposit in account number 0004510673 at Israel Discount Bank of New York, held in the name of Aventura Aviation Legal Dept Blocked Account c/o Leslie Case that constitutes (1) funds formerly on deposit in account number 0004503326 in the name of Aventura Aviation LLC at Israel Discount Bank of New York (the "Former Account") and (2) interest accrued on the Former Account;((15-DEA-614841)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any

person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 22, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Jason H. Cowley, One St. Andrew's Plaza, New York, NY  10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 22, 2015 and September 20, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. S3 09 Cr. 1002 (WHP)

**Court Case No:** S3 09 CR. 1002 (WHP)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/22/2015 | 24.0 | Verified |
| 2 | 08/23/2015 | 24.0 | Verified |
| 3 | 08/24/2015 | 24.0 | Verified |
| 4 | 08/25/2015 | 24.0 | Verified |
| 5 | 08/26/2015 | 24.0 | Verified |
| 6 | 08/27/2015 | 24.0 | Verified |
| 7 | 08/28/2015 | 23.9 | Verified |
| 8 | 08/29/2015 | 24.0 | Verified |
| 9 | 08/30/2015 | 23.6 | Verified |
| 10 | 08/31/2015 | 24.0 | Verified |
| 11 | 09/01/2015 | 24.0 | Verified |
| 12 | 09/02/2015 | 24.0 | Verified |
| 13 | 09/03/2015 | 24.0 | Verified |
| 14 | 09/04/2015 | 24.0 | Verified |
| 15 | 09/05/2015 | 24.0 | Verified |
| 16 | 09/06/2015 | 24.0 | Verified |
| 17 | 09/07/2015 | 24.0 | Verified |
| 18 | 09/08/2015 | 24.0 | Verified |
| 19 | 09/09/2015 | 24.0 | Verified |
| 20 | 09/10/2015 | 24.0 | Verified |
| 21 | 09/11/2015 | 23.6 | Verified |
| 22 | 09/12/2015 | 24.0 | Verified |
| 23 | 09/13/2015 | 24.0 | Verified |
| 24 | 09/14/2015 | 24.0 | Verified |
| 25 | 09/15/2015 | 24.0 | Verified |
| 26 | 09/16/2015 | 24.0 | Verified |
| 27 | 09/17/2015 | 24.0 | Verified |
| 28 | 09/18/2015 | 23.6 | Verified |
| 29 | 09/19/2015 | 24.0 | Verified |
| 30 | 09/20/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.