U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2018

**BY ECF**
The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Richard Chichakli, et.al.**
S3 09 Cr. 1002 (WHP)

Dear Judge Pauley:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Andrew C. Adams
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2340