UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :    FINAL ORDER OF FORFEITURE
                              :
          - v. -              :    S3 09 Cr. 1002 (WHP)
                              :
RICHARD AMMAR CHICHAKLI,      :
                              :
               Defendant.     :
                              :
- - - - - - - - - - - - - - - x

WHEREAS, on or about December 9, 2014, the Court entered a Preliminary Order of Forfeiture/Money Judgement (the "Preliminary Order of Forfeiture") (Dkt. Entry No. 245), which ordered the forfeiture to the United States of all right, title, and interest of the Defendant in the following property:

a) $136,000 in United States currency and any interest accrued on deposit in account number 200033075123, held in the name of RP Aviation Inc. at Wachovia Bank, that constitutes or is derived from proceeds traceable to the offense alleged in Count One and is property involved in the offense alleged in Count Two, and all property traceable to such property;

b) $700,000 in United States currency and any interest accrued on deposit in account number 0717213717, held in the name of Insured Aircraft Title Services at the International Bank of Commerce, that constitutes or is derived from proceeds traceable to the offense alleged in Count One and is property involved in the offense alleged in Count Two, and all property traceable to such property;

1

    c) $380,000 in United States currency and any interest accrued on deposit in account number 00419223, held in the name of Aviation Refinancing Transaction LLC at Deutsche Bank, that constitutes or is derived from proceeds traceable to the offense alleged in Count One and is property involved in the offense alleged in Count Two, and all property traceable to such property;

    d) Any and all funds currently on deposit in account number 0004510673 at Israel Discount Bank of New York, held in the name of Aventura Aviation Legal Dept Blocked Account c/o Leslie Case that constitutes (I) funds formerly on deposit in account numbers 0004503334 and 0004503326 in the name of Aventura Aviation LLC at Israel Discount Bank of New York (the "Former Accounts") and (2) interest accrued on the Former Accounts;

(a through d, collectively, the "Specific Property")

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty consecutive days, notice of the Preliminary Order of Forfeiture, of the United States' intent to dispose the Specific Property, and the requirement that any person asserting a legal interest in the and to file a petition with the Court in accordance with the requirements of 21 U.S.C. § 853(n)(2) and (3);

WHEREAS, notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the Specific Property was published on www.forfeiture.gov, the official U.S. government internet site, beginning on August 22, 2015 and for

thirty consecutive days thereafter, pursuant to Rule G(4)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of publication was filed on 1/11/2018 (docket entry 277);

WHEREAS, no party filed any petition asserting any interests in the Specific Property; and

WHEREAS, no petitions to contest the forfeiture of the Specific Property have been filed or made in this action, and the statutory time periods, as set forth in Rule G(5)(a)(ii), have expired for doing so;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to 21 U.S.C. § 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Specific Property, and the same is hereby forfeited to the United States for disposition according to law.

2. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

3. The Clerk is hereby directed to send four certified copies of this Final Order of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
January 17, 2018

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.