UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                        :          09 Cr. 1002 (WHP)

RICHARD A. CHICHAKLI                        :          ORDER
                       Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Government is to reply to Defendant's motion for Early Termination of Supervised Release, ECF no. 281 by June 29, 2018.

Dated: New York, New York
        June 13, 2018

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.