# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>RICHARD A. CHICHAKLI<br>Defendant | DEFENDANT'S RESPONSE TO THE OBJECTION OF PROSECUTOR FOR EARLY TERMINATION OF THE TERM OF SUPERVISED RELEASE<br><br>CASE NO. 09-CR-1002 (WHP) |

1- On June 10, 2018 Defendant Richard A. Chichakli, having completed more than one year of the two years' supervised release imposed by this Court; and in accordance to 18 U.S.C. § 3583(e)(2), petitioned this Court for early termination of the remaining 11 month or less of the 24-months term.

2- On June 28, 2017 the prosecutor opposed Chichakli's motion for early termination, stating "defendant provided no legitimate basis for early termination", and further falsely-stated that Chichakli's behavior was not "exceptional" as the person drafted the prosecutor's response alleged.

3- I reserved the right for a hearing in my motion and petition for early termination should the plaintiff objects; ACCORDINGLY, I hereby respectfully request that this Court hold a hearing on this matter in accordance with the law. *Federal Rule of Criminal Procedure 32.1(c) provides that the court must hold a hearing* unless waived by defendant, and the motion for early termination is not opposed. I respectfully request the presence of the U.S. Probation in that hearing as I reassert that the opposition of the prosecutor is groundless and driven by hate and personal vendetta; a last act of defiance as this matter dwindle, and a continuation of the vengeful acts such as placing a lien on my daughter's property two month after I already paid the entire restitution and alleged to have lost my personal records identification papers to purposely create obstacles for me; just as examples. The

hearing mandated in Rule 32.1(C) shall help in documenting the facts into the public records of this case

4- I further re-assert that:

   a. my petition for early termination of the supervised release is based-upon and supported by statute; namely 18 U.S.C. § 3583(e)(2); and

   b. I have demonstrated since released from prison on February 14, 2017 PERFECT adherence to the law, EXTRAORDINARY Social and Financial success, and EXCEPTIONAL compliance with the orders of this court; namely, the EARLY PAYMENT OF $70,000 this court has ordered.

   c. The law used as basis for my conviction; namely Executive Order 13348 HAS BEEN ABOLISHED and REVOKED by Executive Order 13710; a change in the law that renders the "cause" of my conviction PERFECTLY legal as of Nov/12/2015, being the date, the President of the United States ordered the removal of my sanctions.

I respectfully assert my right for a hearing on my petition for the early termination of the approximately remaining 10-month of supervised release at the earliest possible time this Honorable Court see accessible.

Dated: July 6, 2018
Plano, Texas

Respectfully Submitted

Richard A. Chichakli
Defendant (Pro Se)
2625 Van Buren Dr
Plano, TX 75074
Tel: (214) 444-1666
Email: richardchichakli@gmail.com

## CERTIFICATE OF SERVICE

I Richard A. Chichakli, a Pro-Se defendant, certify that on July 06, 2018 I served the attached document on the U.S. Attorney for the Southern District of New York via U.S. Post at the address listed below, and served a courtesy copy of this document via US Post and E-mail on the U.S. Probation Office in Plano, Texas.

Dated: July 6, 2018
Plano Texas

Respectfully Submitted

Richard Chichakli
Defendant (Pro-Se)
2625 Van Buren Dr
Plano, TX 75074
Tel: (214) 444-1666
Email: richardchichakli@gmail.com


Service address of U.S. Attorney – SDNY

Ian McGinley
United States Attorney's Office
1 St. Andrew's Plaza
New York City, NY 10007


Service address of U.S. Probation – Plano, Texas

Director
United States Probation Office ED-TX
500 North Central Expressway, Room 220
Plano, TX 75074