UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| -against- | | 26-CR-172 (VEC) |
| RICHARD AMMAR CHICHAKLI, | | ORDER |
| Defendant. | | |

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 4, 2026, Defendant filed a petition for a writ of error *coram nobis* (the "Petition").

IT IS HEREBY ORDERED that the Government must respond to the Petition not later than **January 8, 2027**. Defendant must file a reply in further support of the Petition not later than **January 22, 2027**.

**SO ORDERED.**

**Date: November 24, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**